MARY E. BLACK, as Administratrix, etc., of MICHAEL J. LAFFEY, Deceased, Appellant, v. GREENWICH BANK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Proskauer, JJ.

B. ZATINSKY & SON, INC., Appellant, v. LOUIS L. SCHWARTZ & CO., INC., and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK MARKEY, Appellant.— Judgment affirmed. No opinion. Present — Finch, Merrell, McAvoy, Martin and Proskauer, JJ.; McAvoy, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE H. BRINKLER, Appellant.— Judgment affirmed. No opinion. Present — Finch, Merrell, McAvoy, Martin and Proskauer, JJ.

DANIEL SULLIVAN, as Administrator, etc., of JOHN B. SULLIVAN, Deceased, Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of DELIA SALZER, as Administratrix de Bonis Non, etc., of WILLIAM T. RYAN, Deceased.— Decree affirmed, with costs, on the opinion of Foley, Surrogate. [Reported in 129 Misc. 248.] Present — Finch, Merrell, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of DAVID A. IRELAND and Another, as Trustees, etc., of MARY CAROLINE IRELAND, Deceased, for the Benefit of NELLIE P. ABERCROMBIE.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Proskauer, JJ.

CARON CORPORATION, Appellant, v. LEON JUSTER, Doing Business, under the Name and Style of DER MOIRET Co., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy and Martin, JJ.

CARON CORPORATION, Appellant, v. CONDE, LTD., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Proskauer, JJ.

In the Matter of ALEXANDER CUMMING, an Attorney.— Reference ordered to Hon. M. Warley Platzek, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HOUSE OF A. SILZ, INC., v. EDMUND J. HORWATH.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BLUMA HOCHMAN v. SOLOMON BUILDING CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MICHAEL DEMRICK v. HARBOR LIGHTERAGE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.